IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00263-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PATRICK GERARD CHAMBERS (2) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se Motion for Production of Court Records. (Doc. No. 403).

The defendant asserts that Rule 34 of the Federal Rules of Civil Procedure requires the government to provide copies of listed documents, including grand jury minutes, jail records, his and all co-defendants' plea agreements, and "the investigative report" in his case. (Id.). The Federal Rules of Civil Procedure govern civil actions and proceedings in United States district courts. Fed. R. Civ. P. 1. Here, the defendant asserts that the documents are requested to better aid the legal process of post-conviction relief, (Id. at 1), but the record not reflect that the defendant is a party in any civil action in this district. Therefore, Rule 34 is inapplicable.[1]

**IT IS, THEREFORE, ORDERED** that the defendant's Motion for Production of Court Records is **DENIED**.

Signed: March 11, 2016

Robert J. Conrad, Jr.
United States District Judge

---

[1] If the defendant files a motion to vacate under 28 U.S.C. § 2255, discovery would be controlled by Rule 6 of the Rules Governing Section 2255 Proceedings and would only be allowed with a showing of good cause.